UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SA MUSIC LLC, et al.,

        Plaintiffs,

    v.

GOOGLE, LLC, et al.,

        Defendants.

Case No. 20-cv-02720-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 17, 2021**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 24, 2021**, **at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: May 6, 2021

_____
Richard Seeborg
Chief United States District Judge