IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, LLC, et al.,<br><br>    Defendants. | Case No. 20-cv-02720-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs SA Music LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., Four Jays Music Company, and Julia Riva (as to each, a "Plaintiff" and, collectively, "Plaintiffs") and Google LLC, by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), L.R. 7-12, and L.R. 77-2, stipulate to dismiss all of Plaintiffs' claims against all parties named in the above-captioned action with prejudice, each side to bear its own costs, attorneys' fees, and expenses.

All parties that have appeared in the above-captioned action have executed this stipulation.

| | |
|---|---|
| DATED: July 6, 2021 | SCHWARTZ, PONTERIO & LEVENSON, PLLC<br>By:     /s/<br>Matthew F. Schwartz  * *Pro Hac Vice*<br>Brian S. Levenson * *Pro Hac Vice*<br>SCHWARTZ, PONTERIO & LEVENSON, PLLC<br>Oren S. Giskan * *Pro Hac Vice*<br>GISKAN SOLOTAROFF & ANDERSON LLP<br>Allen Hyman (SBN 73371)<br>LAW OFFICES OF ALLEN HYMAN |

Attorneys for Plaintiffs

MAYER BROWN LLP
By: ___/s/_____
    A. John P. Mancini * *Pro Hac Vice*
Attorneys for Defendant Google LLC

PERKOWSKI LEGAL
By: ___/s/_____
    Peter Perkowski
Attorneys for Defendant Valleyarm Digital Limited

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: July 8, 2021      _____
    The Hon. Richard Seeborg
    United States Chief District Judge